UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TRENT D. SMITH (#321949),<br>Petitioner | DOCKET NO. 5:16-cv-669; SEC. P |
| VERSUS | JUDGE FOOTE |
| KEITH DEVILLE,<br>Respondent | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the § 2254 petition is hereby **DENIED AND DISMISSED** with prejudice as time-barred under 28 U.S.C. § 2244(d)(1)(A).

THUS DONE AND SIGNED in chambers in Shreveport Louisiana, on this ___ day of _____, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE